IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CV-157-BO

| | |
|---|---|
| CAROLYN PORTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WAKE TECHNICAL COMMUNITY ) | |
| COLLEGE, ) | |
| ) | |
| Defendant. ) | |

Before the court is the motion to stay discovery (D.E. 13) filed by defendant Wake Technical Community College pending resolution of its motion to dismiss (D.E. 9). Defendant contends that resolution of the dismissal motion may obviate certain discovery and that deferral of discovery until after such resolution would preserve the court's and the parties' time and other resources. Plaintiff consents to the relief requested in defendant's motion.

The court finds that defendant has shown good cause for the stay requested. The motion to stay is therefore ALLOWED and all discovery in this case, including the convening of a Fed. R. Civ. P. Rule 26(f) conference and filing of a discovery plan pursuant to the 22 May 2012 order of the court (D.E. 12), is STAYED pending entry of the order disposing of the motion to dismiss. The parties shall file a discovery plan within 14 days after such entry if at the time one or more claims remain in this court.

SO ORDERED, this 29 day of May 2012.

_____
James E. Gates
United States Magistrate Judge